IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

| | |
|---|---|
| JENNIFER LOUISE JENKINS, ) <br> Administrator *ad Litem* of the ) <br> ESTATE OF STERLING L. HIGGINS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> OBION COUNTY SHERIFF'S ) <br> DEPARTMENT, ) <br> OBION COUNTY, TENNESSEE, ) <br> UNION CITY POLICE DEPARTMENT, ) <br> UNION CITY, TENNESSEE, ) <br> ROBERT THOMAS OSBORNE, ) <br> Individually, MARY BROGLIN, individually, ) <br> WAYLON SPAULDING, individually, and ) <br> BRENDON SANFORD, individually, ) <br> ) <br> Defendants. ) | **Jury Demand** <br><br> No. _____ |

## ADDENDUM TO CIVIL COVER SHEET

1.(c)   Attorneys for Plaintiff:

    i.    David L. Cooper (BPR #11445)
           LAW OFFICE OF DAVID L. COOPER, PC
           208 Third Avenue North, Suite #300
           Nashville, TN 37201
           (615) 256-1008
           dcooper@cooperlawfirm.com

    ii.   Edwin S. Budge (Washington State Bar No. 24182)
           Erik J. Heipt (Washington State Bar No. 28113)
           BUDGE & HEIPT
           808 E. Roy Street
           Seattle, WA 98102
           ed@budgeandheipt.com
           erik@budgeandheipt.com
           (206) 624-3060