*Jennifer Louise Jenkins, Administrator ad Litem of the Estate of Sterling L. Higgins*
*v. Obion County, Tennessee, et al.*

No. 20-cv-01056 STA-atc

Declaration of Edwin S. Budge

Exhibit B

LCB 1-20-2021



**RAINEY · KIZER · REVIERE & BELL PLC**
209 East Main Street
Post Office Box 1147
Jackson, Tennessee 38301
731.423.2414
Fax: 731.426.8150

THOMAS H. RAINEY
JERRY D. KIZER, JR.
RUSSELL E. REVIERE
WILLIAM C. BELL, JR.
JOHN D. BURLESON
LAURA A. WILLIAMS
ROBERT O. BINKLEY, JR.
R. DALE THOMAS
CHARLES C. EXUM
MARTY R. PHILLIPS
DALE CONDER, JR.
TIMOTHY G. WEHNER
BRADFORD D. BOX
PATRICK W. ROGERS
MICHAEL L. MANSFIELD
MICHELLE G. SELLERS
KEELY N. WILSON
AMANDA C. WADDELL
GEOFFREY A. LINDLEY
CRAIG P. SANDERS
JONATHAN D. STEWART
JAMES V. THOMPSON
ADAM C. CRIDER
ASHLEY D. CLEEK
JOHN O. ALEXANDER, IV
NATHAN E. SHELBY
N. MARK KINSMAN
CHRISTIE KIZER BURBANK
MATTHEW R. COURTNER
W. CHRISTOPHER FRULLA
STEPHANY S. PEDIGO
MATTHEW R. WEST
BRANDON R. REEDY
ADAM P. NELSON
BRANDON J. STOUT
ADDIE WILSON LUNSFORD
BAILEY L. WALDEN
HUGH FRANCIS IV
AMY H. DEEMS
GALE B. ROBINSON, JR.
ANNABELLE HARRIS
HALLE PRIESTER
HAYDEN T. CHERRY
TAYLOR D. FLAKE
PATRICK D. WRIGHT

OF COUNSEL:
GREGORY D. JORDAN

105 South Highland Avenue
Post Office Box 1147
Jackson, Tennessee 38301
731.423.2414
Fax: 731.426.8111

50 North Front Street
Suite 610
Memphis, Tennessee 38103
901.333.8101
Fax: 901.577.1416

201 4th Ave North
Suite 1850
Nashville, Tennessee 37219
615.613.0442
Fax: 615.647.6250

1008 Executive Drive
Suite 104
Hixson, Tennessee 37343
423.756.3333
Fax: 423.756.3337
(Chattanooga)

January 15, 2021

Job World
120 Barham Road
Union City, TN 38261

RE: Sterling Higgins
DOB: 10/27/1981
SSN: \*\*\*-\*\*-9828
Our File No. 01129-91455

Dear Sir/Madame:

Enclosed you will find an Authorization for Release of Employment Records as well as an Authorization for the Use and Disclosure of Protected Health Information executed by Jennifer Louise Jenkins, as Administrator ad Litem for the Estate of Sterling L. Higgins, for the release of all records in your custody pertaining to employment of Mr. Higgins through your company. Please provide this office with copies of all employment information, including but not limited to, application, personnel, medical, workers' compensation, FMLA records, and payroll information related to Mr. Higgins' application to and employment through your company from 2010 to termination. We are happy to pay for those copies.

Your assistance is greatly appreciated.

Cordially,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

Carrie L. Johnson, Paralegal
direct dial: 731.425.7946
email: cjohnson@raineykizer.com
CLJ:ms
Enclosures

1-25-2020
Last Worked - 4-29-2010
Updated file - 3/14/13 - did not interview He had smoked blunt week prior couldn't pass d.t.
Purged file - 3/14/18

Gladys Davis
Pres. JWI

www.raineykizer.com
MEMPHIS · JACKSON · NASHVILLE · CHATTANOOGA