*Jennifer Louise Jenkins, Administrator ad Litem of the Estate of Sterling L. Higgins*
*v. Obion County, Tennessee, et al.*

No. 20-cv-01056 STA-atc

Declaration of Edwin S. Budge

Exhibit C



**RAINEY • KIZER • REVIERE & BELL PLC**
209 East Main Street
Post Office Box 1147
Jackson, Tennessee 38301
731.423.2414
Fax: 731.426.8150

COPIED BY
JAN 22 2021

Thomas H. Rainey
Jerry D. Kizer, Jr.
Russell E. Reviere
William C. Bell, Jr.
John D. Burleson
Laura A. Williams
Robert O. Binkley, Jr.
R. Dale Thomas
Charles C. Exum
Marty R. Phillips
Dale Conder, Jr.
Timothy G. Wehner
Bradford D. Box
Patrick W. Rogers
Michael L. Mansfield
Michelle G. Sellers
Keely N. Wilson
Amanda C. Waddell
Geoffrey A. Lindley
Craig P. Sanders
Jonathan D. Stewart
James V. Thompson
Adam C. Crider
Ashley D. Cleek
John O. Alexander, IV
Nathan E. Shelby
Matthew R. Courtner
W. Christopher Frulla
Brandon W. Reedy
Adam P. Nelson
Brandon J. Stout
Addie Wilson Lunsford
Bailey L. Walden
Hugh Francis IV
Jordan K. Gibson
Amy H. Deens

OF COUNSEL:

Gregory D. Jordan
N. Mark Kinsman
W. Joseph Hollis Jr.
Fred S. Clelland
Christie Kizer Burbank
Matthew R. West
Stephany S. Pedigo

---

105 South Highland Avenue
Post Office Box 1147
Jackson, Tennessee 38301
731.423.2414
Fax: 731.426.8111

50 North Front Street
Suite 610
Memphis, Tennessee 38103
901.333.8101
Fax: 901.577.1416

201 4th Ave North
Suite 1850
Nashville, Tennessee 37219
615.613.0442
Fax: 615.647.6250

1008 Executive Drive
Suite 104
Hixson, Tennessee 37343
423.756.3333
Fax: 423.756.3237
(Chattanooga)

January 15, 2021

Pathways Behavioral Health Services
238 Summar Drive
Jackson, Tennessee 38301

Attention: Release of Information

RE: Sterling Higgins
DOB: 10/27/1981
SSN: ***-**-9828
Our File No. 01129-91455

Dear Sir or Madam:

Please accept this letter as our request that you provide this office with a full and complete copy of all medical, psychiatric, and counseling records maintained by your facility for treatment rendered to Sterling Higgins. An Authorization for the Use and Disclosure of Protected Health Information executed by Jennifer Louise Jenkins, as Administrator ad Litem for the Estate of Sterling L. Higgins, is enclosed along with copies of the Death Certificate and Order from the Chancery County of Gibson County – Probate Division.

Thank you for your assistance in this matter.

Cordially,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

*Carrie Johnson*

Carrie L. Johnson, Paralegal
direct dial: 731.425.7946
email: cjohnson@raineykizer.com
CLJ:ms
Enclosures

[handwritten annotations: 230867 / 2FtCl / 4-1-10 / 5-20-14 / 43 pg / p.w. adm]

WWW.RAINEYKIZER.COM
MEMPHIS • JACKSON • NASHVILLE • CHATTANOOGA