*Jennifer Louise Jenkins, Administrator ad Litem of the Estate of Sterling L. Higgins*
*v. Obion County, Tennessee, et al.*

No. 20-cv-01056 STA-atc

Declaration of Edwin S. Budge

Exhibit I

**Allecia M. Wilson, MD**
**Director, Autopsy and Forensic Services, University of Michigan**
**Chief Medical Examiner, Washtenaw and Livingston Counties**
**Clinical Associate Professor, Forensic and Pediatric Pathology**
**Michigan Autopsy & Medicolegal Consulting, PLLC**
3000 Green Rd, #130522
Ann Arbor, MI 48113

Re:   *Estate of Sterling Higgins. v. Obion County, et al.*
U.S. District Court Cause No. 1:20-cv-01056-STA-dkv

Please accept this report in connection with the above-referenced matter. This report outlines my qualifications as a Board-Certified physician in Anatomic Pathology, Forensic Pathology and Pediatric and Perinatal Pathology, indicates the materials I reviewed in connection with this case, and provides my expert opinions.

**Qualifications**

I am Board Certified in Anatomic Pathology, Forensic Pathology and Pediatric and Perinatal Pathology and I maintain an active license to practice medicine in the State of Michigan. I am currently a Clinical Associate Professor in Pathology and Director of Autopsy and Forensic Services at the University of Michigan. I am also the Chief Medical Examiner for the Washtenaw County Medical Examiner's Office in Ann Arbor, Michigan and the Livingston County Medical Examiner's Office in Howell, Michigan. Throughout my career, I have been active in numerous medicolegal and community committees and served as past President of the Michigan Association of Medical Examiner's (2017-2019), Chair of the State of Michigan Committee on Child Fatalities, Chair of the Washtenaw County Child Death Review Team, Co-Founder of the Washtenaw County Suicide Death Review Team and member of Michigan Maternal Mortality Review Committee. Based upon my training and experience, I am familiar with the standard of care applicable in the performance of autopsies in both hospital and forensic/medicolegal settings including those involving in-custody deaths with restraint, asphyxia and excited delirium. I have extensive experience forensic toxicology and in deaths resulting from, or associated with, drugs and chemicals in the body. I have performed such cases in my routine caseload as a Forensic Pathologist and have provided consultation on multiple cases across the county. A copy of my *curriculum vitae* with publications is attached. My rate of compensation is attached. A list of cases I have testified in (trial or deposition) in the previous 4 years is attached.

**Methodology**

The review of medicolegal cases is often helpful to clarify the cause of death, mechanism of death, manner of death or other factors that may impact criminal or civil litigation. The review involves an investigation into the patient's or decedent's pertinent medical history, the circumstances before, during and after the event leading up to death. This would include investigative reports generated, video or photographs generated, depositions, witness statements, bystander and professional medical treatment rendered, and the medicolegal investigator reports and autopsy, if performed, produced by the Medical Examiner or Coroner.

Specific details that are focused on include those that impact the injury or disease that led to death including the trauma imposed, use of force, and patient's response to those events including the medical care rendered. In addition, I rely on my years of experience, training, and education in the field. The medicolegal review correlates, within a reasonable degree of medical certainty, the medical findings in a cohesive manner that allows for an accurate interpretation and analysis in the field.

**Materials Reviewed**

I have reviewed the following records in connection with the above-referenced case, including:

1) Patrolman Scott Duncan's body camera video at Pocket's market - AXON BODY 2 x81065398 - 3.25.19-0050 - 5:50 PM TO 6:16 PM
2) Officer Robert Osborne's body camera video at Pocket's market - AXON BODY 2 X81066079 - 3.25.29-0051 - 5:50 PM TO 6:16 PM
3) Sgt. Simmons' body camera video at Pocket's market - AXON BODY 2 X81066520 - 3.25.19-0052 - 5:52 PM to 6:16 PM
4) Officer Robert Osborne's body camera video when he returned to Pocket's in regards to Higgins in the freezer - AXON BODY 2 X81066079 - 3.25.19-0132 - 6:32 PM to 6:25 PM
5) Patrolman Scott Duncan's body camera video when he returned to Pocket's in regard to Higgins in the freezer - AXON BODY 2 X81065398 - 3.25.19-0133 - 6:33 PM to 6:37 PM
6) Sgt. Simmons' body camera video when he responded to Pocket's in regards to Higgins in the freezer - AXON BODY 2 X81066520 – 3.25.19-0134 - 6:33 PM to 6:27 PM
7) 7 3.25.19, 1:39 – 1:54 Arriving at Obion County Jail– outside
8) 3.25.19, 1:43 – 1:47 Sally port – Obion County Jail
9) 3.25.19, 1:41 – 2:24 Obion County Jail hallway showing restraint, transfer to restraint chair, placement in cell, and medical response
10) 3.25.19, 1:45 – 2:23 Obion County Jail hallway showing restraint, transfer to restraint chair, placement in cell, and medical response
11) 3.25.19 – Video excerpt Close up of officer restraining Sterling Higgins by holding his face and throat
12) 3.25.19 – Video excerpt Close up of Sterling Higgins being transferred to restraint chair
13) 3.25.19 – Video excerpt Slow motion of Sterling Higgins being transferred to restraint chair
14) 3.25.19, 1:59 – 2:24 Cell – Obion County Jail
15) 3.25.19, 2:06 – 2:38 Obion County Jail – Outside – arrival of medical personnel
16) Sgt. Simmons' body cameral video at Obion County Jail showing medical response - AXON BODY 2 X81066520 - 3.25.19, 7:16 – 7:20
17) First Amended Complaint
18) Tennessee Bureau of Investigative File (Bates TBI 000001- TBI000430)-Higgins
19) Autopsy Report (except neuropathology)
20) Autopsy Photos
21) ME Report
22) Exhibits (1-Simmons; 4-Simmons Dep; 7- Spaulding Dep; 8-Osborne; 67-Spaulding Dep; 84-Sanford Dep)
23) Depositions (Mary Brogglin; Stormy Travis; Talmadge Simmons; Waylon Spaulding; Brendon Sanford; Robert Osborne)
24) Clarified Forensic Video of Jail Events and Still Images of Same from Conor McCourt
25) Slides of Tissue Samples from Autopsy (except neuropathology)

**Case Summary and Opinion**

Briefly, Mr. Higgins was a 37-year-old black male with no known significant medical diseases who died in police custody. On March 24, 2019, Mr. Higgins called 911 complaining that someone was following him, trying to kill him and had stolen his money. Officers responded to his location and made contact with him. During their conversation with him, Mr. Higgins insisted that someone was after him and was trying to steal his money. Mr. Higgins's demeanor throughout the course of the conversation suggested that he had a mental impairment. His speech patterns were jumbled, he was sometimes nonsensical and he displayed signs of paranoia. Mr. Higgins agreed to leave the location and was not taken into custody.

A short time later, 911 was dispatched to the location again because Mr. Higgins had returned and was in a storage locker in the back room of the market. When officers arrived, Mr. Higgins continued to display paranoia and have difficulty forming coherent thoughts. He was taken into custody without resistance. Upon arrival to Obion County Jail, he had an altercation with officers after briefly grabbing an officer's hair after being shoved. He was immediately put on the floor and handcuffed. Mr. Higgins subsequently had shackles placed on his legs. While in restraints (both handcuffs and leg shackles), he was placed in a position with his neck hyperextended and pressure applied to the neck in addition to pressure on the body. During this timeframe, he became unresponsive and never regained consciousness. Medical treatment was not immediately administered. EMS arrived at the jail, continued cardiopulmonary resuscitation and transported Mr. Higgins to the hospital where he was pronounced deceased shortly after arrival. The Medical Examiner was notified given the sudden and unexpected death while in custody and a full autopsy was performed for cause and manner of death determination.

Cause and manner of death determination is a duty of Medical Examiners or Coroners in the United States. The cause of death is the disease or injury that sets into motion the chain of events that lead to death. It requires of thorough analysis of the events or circumstances that occur before and during the terminal process. The entire chain of events must be reviewed in order to arrive at an accurate medical opinion. In this case, the original autopsy report fails to incorporate an accurate assessment of the events that occurred while the decedent was in custody. The history included in the autopsy report is vague and states "The decedent was reportedly in police custody when he became unresponsive." It does not mention the mental state of the decedent, the decedent's position or exact circumstances that occurred during the final minutes of life and it does not address the autopsy findings that support a more likely cause of death. The autopsy summary does provide limited additional information but inaccurately states he was placed in a holding cell and found unresponsive. He was not "found" unresponsive while sitting alone and at his baseline health. He is witnessed to become unresponsive during a physical altercation with officers that compromised his ability to breath. It is unknown if this information was available to the forensic pathologist at the time of autopsy.

I disagree with the cause of death rendered as "Excited Delirium due to Methamphetamine Toxicity." Excited Delirium (ED) is the sudden death of an individual in a state of delirium (transient disturbance in consciousness or cognition) along with an exited or agitated state (violent or combative). It can be precipitated in individuals with a history of mental illness, psychosis or while under the influence of stimulants such as cocaine and methamphetamine. By definition, individuals are in a highly excited state displaying aggression, violent behavior and, at times, above normal strength and lack of a response to pain. In deaths due to excited delirium, the autopsy fails to reveal evidence of trauma compatible with other causes of death. ED is often a diagnosis of exclusion when no other cause or mechanism can explain the sudden death. Extensive video footage prior to death is not consistent with Mr. Higgins

being in an excited delirium state. Moreover, the deposition testimony of the involved officers confirms that Mr. Higgins was not in an excited delirium state.

Methamphetamine is identified in postmortem toxicology. Methamphetamine is a DEA schedule II stimulant drug that can lead to hallucinations, restlessness, confusion, irrational behavior and convulsions. This is not independently the cause of death. The mechanism by which is it utilized in the original report cause of death statement is inducing Excited Delirium. However, based on the witness statements and documented findings, the decedent was not in an excited delirium state.

Another key feature of Excited Delirium that is not identified in this case is hyperthermia. Hyperthermia is an elevated body temperature. Although, a body temperature is not identified in the EMS and medical records reviewed, the officers who checked for a pulse and interacted with Mr. Higgins while unresponsive, along with fire, EMS and emergency department who treated the decedent did not observe or document that he felt or had signs of an elevated body temperature.

Based upon my education, training, and experience, and my review of the above referenced case material, it is my opinion, to a reasonable degree of medical certainty, that the cause of death is due to Asphyxia with positional and mechanical components.

Asphyxia is the lack of oxygen in the body. It can occur in multiple scenarios including compression of the neck (hanging, neck holds), obstruction of the airway (choking), compression of the neck or chest (burking or neck holds), or by lack of oxygen in the air/environment. Classifications of asphyxia include hanging, strangulation, smothering, positional, mechanical (compression) and aspiration (choking). In this case, the type of force utilized resulted in both a positional and mechanical asphyxia. Two types of neck holds, choke and carotid sleeper, are often recognized as examples. The choke hold is when an object, usually forearm or baton, is placed on the front of the neck while pressure is applied. The carotid sleeper hold can occur when the neck is placed in the crook of the arm and the blood vessels on the side of the neck are compressed or if the blood vessels on the side of the neck are otherwise mechanically compressed. The mechanism of action in these cases is twofold. In choke holds, there is direct pressure on the airway that blocks the entry of air/oxygen into the body. In carotid sleeper hold (and hangings and strangulation), the mechanism of action is compression of the major vessels in the neck (carotid artery and jugular vein). The carotid sleeper hold and the effects of compression of the carotid artery results in loss of consciousness. This phenomenon is well-established in medical and martial arts literature. If continued pressure is applied to the neck, cessation of blood flow to the brain occurs followed by death if resuscitation is not performed or successful.

The autopsy demonstrates hemorrhage of the left omohyoid muscle. This finding is significant as it provides supportive evidence that significant pressure or force was applied to the neck resulting in injury. The omohyoid muscle is a muscle within the anterior aspect of the neck, in the absence of significant pressure, is not prone to have hemorrhage in normal daily activities. The presence of hemorrhage of the left omohyoid muscle indicates that pressure was applied to the neck while the Mr. Higgins was alive. Hemorrhage in the tissue is a vital reaction and indicates blood was flowing during the time force was applied to the neck. Analysis of videos depict an officer with his hands underneath Mr. Higgins neck and the neck being forced into extreme hyperextension. Placing the head in this position is done by pushing the chin upwards as far as it can go. In this position, it is very difficult to swallow and breathing can be impaired. In addition, while in this position, an officer's hand is also applying compression which would further hinder the ability to breath. At one point, a hand is seen cupping the neck. At another point, the palm of an officer's hand is seen applying upward force to

maintain the head in this position and while applying pressure to the neck. After that, two hands are seen on Mr. Higgins, one under the chin and one on the left side of the face and neck. It is during this time that he becomes lifeless. At the onset of this altercation, Mr. Higgins can be seen squirming. During the time with the head in the extended position and pressure on the neck, Mr. Higgins stops moving (approximately 4 minutes). It is this event that sets him on the path that eventually leads to death. Therefore, it is this event that is the cause of death. The mechanism is both the position of the head and mechanical force being applied directly to the neck. During this time, as in the entire time his is in custody, he is not in an excited state consistent with ED.

In addition, the autopsy identified bilateral hemorrhagic sclera. This finding is also significant in this scenario. As explained above, a mechanism of death in neck compression is compression of the major vessels of the head that prevent blood from leaving the head. This can result in diffuse congestion of the eyes and petechial hemorrhages of the eyes due to ruptured blood vessels. Although no petechial hemorrhages are seen, the hemorrhagic sclerae that is described is, more likely than not, due to the pressure on the neck limiting blood flow return from the head.

The described head and neck findings are sufficient, within a reasonable degree of certainty, to cause death. In addition to those forces, an officer is also observed placing their body weight on the torso of Mr. Higgins. As explained above, compression of the chest is also a well-accepted mechanism that can result in asphyxia and death. At the same time another officer holds Mr. Higgins on the ground by standing on his lower body.

As described above, the video depicts a variety of physical actions by officers that support my opinion that the cause of death is due to Asphyxia with positional and mechanical components. Moreover, the video shows pressure still being applied under the chin and on the chest after he becomes unresponsive. After becoming unresponsive, Mr. Higgins is placed in a restraining chair by the officers. He has no voluntary movement. His is limp when he is placed in the chair. From the point of the pressure on the neck until death is pronounced, he does not regain consciousness or purposeful movement. He is then placed in a holding cell, lifeless and without medical intervention for approximately 15-20 minutes. Multiple officers, at various points, can be seen after several minutes attempting to locate a pulse but do not start resuscitative efforts.

Upon EMS arrival (3/25/2019 at 0217), Mr. Higgins was receiving cardiopulmonary resuscitation by the Fire Department. He had no breath sounds and no pulse. The cardiac monitor demonstrated asystole. EMS continued resuscitative efforts and transported him to Baptist Union city Emergency Department (0240) where he was pronounced deceased (0252).

Again, the cause of death is the disease, or in this case, injury that sets into motion the biological processes that led to death. There is no evidence to support that Mr. Higgins was at risk of imminent death prior to being arrested. There is no evidence to support that Mr. Higgins was at risk of imminent death at the time he is taken into custody.

Furthermore, based upon my education, training, and experience, and my review of the above referenced case material, it is my opinion, to a reasonable degree of medical certainty, that the manner of death is Homicide. The manner of death is a medical designation used to categorize deaths based on the circumstances in which they occurred. The five major categories include Natural (natural disease), Suicide (self-harm), Accident (unexpected/unintentional), Homicide (due to the act of another person) and Indeterminate. In this case, the death is due to the actions of another person(s) who participated in the acts that lead to positional and mechanical asphyxia resulting in death.

**Reservations and Certification**

As exhibits, I may reference any of the foregoing information I relied on, such as the videos and deposition testimony. I may also use basic medical illustrations showing the blood vessels and other anatomy of the human neck and torso. to help explain my opinions.

I would like to reserve the right to supplement this report if additional information is made available to me.

*[signature: A M Wilson MD]*

_____

Allecia M. Wilson, M.D.
Date: ___02/11/2021_____

**Allecia Michelle Wilson, MD**
**Director, Autopsy and Forensic Services, University of Michigan**
**Chief Medical Examiner, Washtenaw and Livingston Counties**
**Clinical Associate Professor, Forensic and Pediatric Pathology**
**Michigan Autopsy and Medicolegal Consulting, PLLC**
3000 Green Rd #130522
Ann Arbor, MI 48113
Phone: 833-330-8652
Email: alleciaw@umich.edu

## Education and Training

### Education

| | |
|---|---|
| 08/1991-06/1992 | General Studies, Oakland University, Auburn Hills, MI |
| 01/1995-06/1997 | General Studies, University of Maryland, European Division, Mannheim, Germany |
| 08/1997-12/1999 | BS, with High Honor, Medical Technology, Michigan State University, East Lansing, MI |
| 08/2000-06/2004 | MD, Medicine, University of Michigan, Ann Arbor, MI |

### PostDoctoral Training

| | |
|---|---|
| 07/2004-06/2007 | Residency, Anatomic Pathology, University of Michigan, Ann Arbor, MI |
| 07/2007-06/2008 | Fellowship, Forensic Pathology, Miami Dade County Medical Examiner's Office, Miami, FL |
| 07/2013-06/2014 | Fellowship, Pediatric Pathology, University of Michigan, Ann Arbor, MI |

### Additional Education

| | |
|---|---|
| 09/2016-06/2017 | Certificate, Medical Education Scholars Program, University of Michigan, Ann Arbor, MI |

## Certification And Licensure

### Certification

| | |
|---|---|
| 08/2007-12/2027 | American Board of Pathology - Anatomic Pathology |
| 09/2008-12/2027 | American Board of Pathology - Forensic Pathology |
| 09/2014-12/2024 | American Board of Pathology - Pediatric and Perinatal Pathology |

### Licensure

| | |
|---|---|
| 06/2004-01/2023 | State of Michigan, Controlled Substance |
| 06/2004-01/2023 | State of Michigan, Medical License |

## Academic, Administrative, Clinical, Research and Military Appointments

### Academic Appointments

| | |
|---|---|
| 09/2010-12/2020 | Part time Faculty, Mott Community College, Flint, MI |
| 09/2012-06/2013 | Clinical Assistant Professor in Pathology, University of Michigan, Ann Arbor, MI |
| 07/2014-08/2020 | Clinical Assistant Professor in Pathology, University of Michigan, Ann Arbor, MI |
| 09/2020-present | Clinical Associate Professor in Pathology, University of Michigan, Ann Arbor, MI |

### Administrative Appointments

| | |
|---|---|
| 09/2015-08/2016 | Associate Director, Pathology Residency Program, University of Michigan, Ann Arbor, MI |
| 09/2016-08/2020 | Director, Pathology Residency Training Program, University of Michigan, Ann Arbor, MI |
| 01/2020-present | Director, Autopsy and Forensic Services, University of Michigan, Ann Arbor, MI |

### Clinical Appointments

| | |
|---|---|
| 07/2007-06/2008 | Assistant Medical Examiner, Miami Dade County Medical Examiner's Office, Miami, FL |
| 06/2008-06/2012 | Deputy Medical Examiner, Genesee County Medical Examiner's Office, Flint, MI |
| 07/2012-06/2013 | Assistant Medical Examiner, Wayne County Medical Examiner's Office, Detroit, MI |

| | |
|---|---|
| 07/2014-12/2019 | Deputy Medical Examiner, Washtenaw County Medical Examiner's Office, Ann Arbor, MI |
| 09/2017-12/2019 | Deputy Medical Examiner, Livingston County Medical Examiner's Office, Howell, MI |
| 01/2020-present | Chief Medical Examiner, Washtenaw County Medical Examiner's Office, Ann Arbor, MI |
| 01/2020-present | Chief Medical Examiner, Livingston County Medical Examiner's Office, Howell, MI |

**Industry**

| | |
|---|---|
| 01/1993-09/1993 | Juvenile Service Cadet, Detroit Police Department, 7th Precinct, Detroit, MI |
| 01/1999-12/1999 | Pregnancy and Outcomes Community Health (POUCH) Study, Research Assistant, Department of Epidemiology, Michigan State University, East Lansing, MI |
| 09/1999-06/2000 | Laboratory Technologist, American Red Cross, Lansing, MI |
| 06/2001-08/2002 | Medical Technologist, Forest Health Medical Center, Ypsilanti, MI |
| 07/2004-06/2007 | Medicolegal Death Investigator, Washtenaw County Medical Examiners Office, Ann Arbor MI |
| 01/2020-present | Owner, Michigan Medicolegal Consulting, LLC, Ann Arbor, MI |
| 01/2020-present | Owner, Michigan Autopsy Services, PLLC, Ann Arbor, MI |

**Military Appointments**

| | |
|---|---|
| 11/1993-10/1997 | Active Duty, United States Army, Rank: Sergeant, Honorable Discharge |
| 10/1997-10/2001 | Reserve Duty, United States Army, Honorable Discharge |

## Clinical Interests

- Deaths in Custody
- Sudden Death in Infancy and Childhood
- Pregnancy-Related (Maternal) Deaths
- Perinatal and Placental Pathology
- Suicides in the Pediatric Population
- COVID-19 autopsies

## Honors and Awards

### National

| | |
|---|---|
| 1995 | Army Achievement Medal, United States Army |
| 1995 | National Defense Service Medal, United States Army |
| 1996 | Army Commendation Medal, United States Army |
| 1996 | United States Allied Command Europe Soldier of the Year, NATO, United States Army |

### Regional

| | |
|---|---|
| 2006 | Hendrix Travel Award, Michigan Association of Medical Examiner's |

### Institutional

| | |
|---|---|
| 1999 | Certificate of Achievement for Outstanding Academic Success, Michigan State University |
| 1999 | Phi Kappa Phi Honor Society, Michigan State University |
| 1999 | Stevens Award for Excellence in Medical Technology, Michigan State University |
| 2000-2004 | Baker Scholarship, University of Michigan Medical School |

## Memberships in Professional Societies

| | |
|---|---|
| 2004-present | Member, American Society for Clinical Pathology |
| 2005-present | Member, College of American Pathologists |
| 2005-present | Member, Michigan Association of Medical Examiners |
| 2013-present | Member, Society for Pediatric Pathologists |

| | |
|---|---|
| 2014-2017 | Member, Michigan Society of Pathologists |
| 2015-2020 | Member, Association of Pathology Chairs, Program Director's Section |
| 2016-present | Member, National Medical Association |
| 2017-2019 | President, Michigan Association of Medical Examiners |
| 2017-present | Member, National Association of Medical Examiners |

## Teaching

### Clinical Fellow

| | |
|---|---|
| 2014-2015 | Leonardo Roquero, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 2015-2016 | David Moons, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 2016-2017 | Martin Ishikawa, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 2016-2017 | Andrew Koopmeiners, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 2016-2017 | Nathan Shaller, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 2017-2018 | Adam Covach, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 2017-2018 | Sarah Avedschmidt, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 2018-2019 | Milad Webb, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 2019-2020 | Teresa Nguyen, Department of Pathology, University of Michigan, Ann Arbor, MI |

### Medical Student

| | |
|---|---|
| 2014-present | Autopsy and Forensic Pathology, University of Michigan, Ann Arbor, MI |

### Resident/House Officer

| | |
|---|---|
| 2014-present | Pathology Residents, Autopsy and Forensic Pathology, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 2014-present | Pathology Residents, Pediatric Pathology, Department of Pathology, University of Michigan, Ann Arbor, MI |

### Undergraduate Student

| | |
|---|---|
| 2016 | Matthew Stander, Michigan Health Sciences Undergraduate Research Academy, Office for Health Equity and Inclusion, University of Michigan, Ann Arbor, MI |
| 2017 | Chrissy Kujawa, Michigan Health Sciences Undergraduate Research Academy, Office for Health Equity and Inclusion, University of Michigan, Ann Arbor, MI |
| 2019 | Nicole Smith, Michigan Health Sciences Undergraduate Research Academy, Office for Health Equity and Inclusion, University of Michigan, Ann Arbor, MI |

## Teaching Activity

### Regional

| | |
|---|---|
| 01/2009-present | Autopsy Assistant Certificate Program (Undergraduate), Mott Community College, Flint, MI |
| 01/2010-01/2011 | Instructor, Forensic Science Death Investigation Course (CJ 809-Graduate), Michigan State University, East Lansing, MI |

### Institutional

| | |
|---|---|
| 07/2013-01/2016 | Presenter, Maternal Fetal Fellows Review, bimonthly presentation to maternal fetal medicine fellows of unique fetal abnormalities, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 07/2013-06/2017 | Presenter, Pediatric Tumor Board, weekly, various presentations on pediatric cases within multidisciplinary team, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 07/2013-06/2018 | Presenter, Pediatric Cardiology Conference, monthly, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 06/2014 | Lecturer, Congenital Malformations, Resident Didactic Conference, Department of Pathology, University of Michigan, Ann Arbor, MI |

| | |
|---|---|
| 07/2014-present | Panelist, Careers in Medicine Series, annually, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 07/2014-present | Presenter, Pediatric Trauma Conference, monthly, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 07/2015 | Lecturer, Introduction to Congenital Heart Disease, Resident Didactic Conference, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 09/2015 | Lecturer, Patterned Injuries, Forensic Pathology Conference, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 09/2015-06/2018 | Presenter, Pediatric Intensive Care Unit Grand Rounds, monthly, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 01/2016 | Lecturer, Rheumatology Grand Rounds, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 02/2016 | Lecturer, Cutaneous and Skeletal Manifestations in Child Abuse, Forensic Pathology Conference, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 08/2016 | Lecturer, Postmortem Changes, M4 Pathology Elective, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 08/2016 | Lecturer, Introduction to Placental Pathology, Resident Didactic Conference, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 08/2016 | Lecturer and Lab Instructor, M2 Cardiovascular Pathology, University of Michigan, Ann Arbor, MI |
| 08/2016 | Lecturer, Sudden Cardiac Death, Resident Didactic Conference, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 08/2016 | Mentor, M4 Medical Student Pathology Elective Rotation, University of Michigan, Ann Arbor, MI |
| 08/2016-06/2018 | Workshop Facilitator, Faculty Development Clinical Teaching Program, Office of Faculty Affairs, University of Michigan, MI |
| 09/2016 | Presenter, FISH! Philosophy, Resident Didactic Conference, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 10/2016 | Lecturer and Lab Instructor, M1 Cardiovascular Pathology, University of Michigan, Ann Arbor, MI |
| 10/2017-present | Lecturer, M1 Cardiovascular Pathology, University of Michigan, Ann Arbor, MI |
| 11/2017 | Lecturer, Investigation of Flint Serial Stabber, Resident Didactic Conference, Department of Pathology, University of Michigan, Ann Arbor, MI |
| 02/2019-present | Guest Lecturer, Pathology 581 Graduate Course, The Pathology of Cardiovascular Disease, University of Michigan, Ann Arbor, MI |
| 03/2019-present | Guest Lecturer, PUBHLTH512 Graduate Course, Death Certification, Univerisity of Michigan, Ann Arbor, MI |

## Clinical Track Scholarly Contribution

### Clinician-Educator

A major role in the department was serving as the Program Director for the Anatomic and Clinical Pathology Residency Program from 2016-2020. The program is accredited for 28 pathology residents. I assumed this role in 2016 following a 1-year appointment as the Associate Program Director (PD). My responsibilities included maintaining accreditation of the program by fulfilling ACGME and institutional GME requirements. In this capacity, I oversaw the Program Education Committee and four Clinical Competency Committees. During the second year of my appointment I was faced with two of the biggest changes the program has seen since its inception. The first was discontinuation of the rotation at the Veteran's Affairs Hospital. This resulted in 12-weeks that had to be re-incorporated into the curriculum. The second major change was the relocation of the department to the North Campus Research Complex (NCRC) in 2018. The relocation affected multiple rotations in both Anatomic and Clinical Pathology. I saw this as a great opportunity to innovate and develop new rotations that maintained the strong educational content but also infused a new vision that addressed the challenges encountered by the new generation of learners while also leveraging the innovative features of our new state of the art facility. All of this was accomplished while being one of the first residency programs in the institution to undergo the Self-Study process mandated by the ACGME. On a national level, the residency program was ranked #1 in pathology among public academic medical institutions.

**Clinician-Leader/Administrator (usually overlaps with one of the above pathways.)**

I currently serve as the Director of Autopsy and Forensic Services. This role encompasses being appointed as the Chief Medical Examiner of Washtenaw County, Chief Medical Examiner of Livingston County, and administrative oversight of the Wayne County Medical Examiner's Office. I have served as the President of the Michigan Association of Medical Examiner's for 2 consecutive terms and on several regional and national committees that address policy change and regional standards. My areas of interest are perinatal and fetal deaths, maternal deaths, suicides in the pediatric population, and in-custody deaths. I have given multiple invited presentations in these areas and have become the state's pediatric forensic pathology expert in the medicolegal community.

## Committee and Administrative Services

## Committee Services

### National

| | |
|---|---|
| 2014-2017 | Education Committee, Society for Pediatric Pathology, Member |
| 2014-2017 | Slide Survey Sub-Committee, Education Committee, Society for Pediatric Pathology, Member |
| 2017-2018 | Society for Pediatric Pathology 2018 Annual Conference Planning Committee, Member |
| 2017 | National Citizen's Review Panel (CRP) Conference Organizing Committee, Member |
| 2018-2019 | ACGME Anatomic and Clinical Pathology Milestones 2.0 Pathology Work Group, Member |
| 2018-2020 | ACGME Forensic Pathology Milestones 2.0 Work Group, Member |
| 2018-2020 | American Medical Association Current Procedural Terminology (CPT) Advisory Committee, Advisor |

### Regional

| | |
|---|---|
| 2005-2007 | Michigan Association of Medical Examiners, Assistant Editor of the Newsletter |
| 2008-2012 | Child Death Review Team, Genesee County, MI, Chair |
| 2012-2013 | Child Death Review Team, Wayne County, MI, Member |
| 2013-present | Citizen's Review Panel on Child Fatalities (State Child Death Review Team), Chair |
| 2013-present | Michigan Child Death State Advisory Team, Member |
| 2014-present | Child Death Review Team, Washtenaw County, MI, Chair |
| 2014-present | Michigan Association of Medical Examiners, Executive Board Member |
| 2014-present | Travel Award Committee, Michigan Association of Medical Examiner's, Chair |
| 2014-present | Washtenaw Alive, Member |
| 2015-present | Suicide Death Review Team, Washtenaw County, MI, Co-founder |
| 2016-present | Michigan Association of Medical Examiner's, Editor of the Newsletter |
| 2016 | Michigan Association of Medical Examiner's, CME Co-Chair Annual Meeting |
| 2017-2019 | Michigan Association of Medical Examiners, President |
| 2018-present | Michigan Maternal Mortality Surveillance, Member |

### Institutional

| | |
|---|---|
| 2000-2004 | Black Medical Association, University of Michigan Medical School, Member and Fundraiser |
| 2006-present | Admissions Committee, University of Michigan Medical School, Member |
| 2014-2016 | Ebola Team Preparedness, University of Michigan, Member |
| 2014-2016 | Pathology Education Committee, University of Michigan, Member |
| 2014-2019 | Clinical Competency Committee, Pediatric Pathology Fellowship, Member |
| 2015-2016 | Resident Duty Hour Committee, University of Michigan, Member |
| 2015-2020 | Pathology Education Committee, University of Michigan, Chair |
| 2015-present | Academy of Medical Educators, University of Michigan, Member |
| 2016-2020 | Anatomic and Clinical Pathology Education Committee, University of Michigan, Chair |
| 2016-2020 | Clinical Competency Committee, 1st year residents, University of Michigan, Director |

| | |
|---|---|
| 2016-2020 | Clinical Competency Committee, 2nd year residents, University of Michigan, Director |
| 2016-2020 | Clinical Competency Committee, 3rd year residents, University of Michigan, Director |
| 2016-2020 | Clinical Competency Committee, 4th year residents, University of Michigan, Director |
| 2016-2021 | Diversity and Inclusion Committee, University of Michigan, Member |
| 2016 | Faculty Resource Group, Office for Health Equity and Inclusion, University of Michigan, Member |
| 2017-2020 | Residency Recruitment Committee, Anatomic and Clinical Pathology, University of Michigan, Chair |
| 2017 | ACGME Self-Study Committee, Anatomic and Clinical Pathology Residency Program, Chair |
| 2017 | ACGME Self-Study Committee, Pediatric Pathology Fellowship, University of Michigan, Member |
| 2017 | Clinical Pathology Director Search Committee, University of Michigan, Member |
| 2019-2020 | ACGME Site Visit Planning Committee, University of Michigan, Chair |
| 2019 | GME Policy Committee, Member |

## Administrative Services

### Consulting Positions

| | |
|---|---|
| 07/2008-present | Expert Consultant in Forensic and Pediatric/Perinatal Pathology, Genesee, Clinton, Macomb, Shiawassee, Wayne and Washtenaw Counties, MI |
| 06/2012-present | Consultant Forensic Pathologist, Genesee County Medical Examiner's Office, Flint, MI |
| 01/2015-present | Expert Witness in Forensic and Pediatric/Perinatal Pathology, Private Law Firms, Various, MI |

## Visiting Professorships and Extramural Invited Presentations

### Extramural Invited Presentations

1. Natural disease and toxicology, Forensic Science Death Investigation Course, Michigan State University, October 2010, East Lansing, MI
2. Restraint use and injury patterns, Michigan Association of Traffic Accident Investigators, Training Conference, Kettering University Crash Safety Center, May 2012, Flint, MI
3. Investigation of Child Neglect Deaths, Michigan Association of Medical Examiner's Annual Meeting, October 2013, Mt. Pleasant, MI
4. The Investigation of Fetal Deaths, Michigan Association of Medical Examiners Annual Conference, October 2015, Mt. Pleasant, MI
5. The Flint Serial Stabber, Michigan Association of Medical Examiners, October 2016, Mt. Pleasant, MI
6. Maternal Deaths: Implications for the Medicolegal System, Michigan Association of Medical Examiners, October 2017, Mt. Pleasant, MI
7. Child Neglect Investigations, Michigan Association of Medical Examiners, October 2017, Mt. Pleasant, MI
8. Natural Deaths in Children, Child Death Review Annual Training, Michigan Public Health Institute, April 2018, Thompsonville, MI
9. A Career in Forensic Pathology, Pioneer High School, April 2018, Ann Arbor, MI
10. Child Abuse and Neglect Deaths, Child Death Review Annual Training, Michigan Public Health Institute, April 2018, Thompsonville, MI
11. Organ Donation Prior to Autopsies on Pediatric Homicides, Gift of Life, June 2018, Ann Arbor, MI
12. Quality Residents: Developing a Quality Improvement Curriculum That Does More Than "Check the Box", Association of Pathology Chairs, July 2018, San Diego, CA
13. Pediatric Homicides - Donation Prior to Autopsy, Michigan Association of Medical Examiners, October 2018, Mt. Pleasant, MI
14. The Impact of Organ Donation on Pediatric Autopsies, 9th Annual Kountz/Callender/Drew Transplant Symposium, March 2019, Detroit, MI

15. Suicides in the Pediatric Population, Michigan Association of Medical Examiner's, November 2019, Mt. Pleasant, MI

**Other**

1. Introduction to Forensic Pathology, Forensic Science Course, Montrose High School, September 2009, Montrose, MI
2. Introduction to Forensic Pathology, Genesee Early College, May 2010, Flint, MI
3. Excited delirium, City of Flushing Police Department Training Seminar, November 2010, Flushing, MI
4. Investigation of Child Neglect Deaths, Michigan Medicine, Advances in Forensic Medicine and Pathology Conference, May 2014, Ann Arbor, MI
5. The Flint Serial Stabber, Advances in Forensic Medicine Conference, May 2015, Ann Arbor, MI
6. Clear Cell Sarcoma of the Kidney, New Frontiers, September 2015, Ann Arbor, MI
7. Medical Complications in Hospital Autopsies, Michigan Medicine, New Frontiers Conference, September 2015, Ann Arbor, MI
8. Fetal Deaths and the Medicolegal System, Michigan Medicine, Advances in Forensic Medicine and Pathology Conference, May 2016, Ann Arbor, MI
9. Keys to an Effective Mentor-Protege Relationship Panelist, Office for Health Equity and Inclusion, University of Michigan, July 2016, Ann Arbor
10. Careers in Pathology, Chelsea High School, December 2016, Chelsea, MI
11. Pregnancy-Related Deaths, Michigan Medicine, Advances in Forensic Medicine and Pathology Conference, May 2017, Ann Arbor, MI
12. Sudden Death in Pregnancy, Michigan Medicine, New Frontiers Conference, October 2017, Ann Arbor, MI
13. My Path to Path, American Medical Women's Association, December 2017, Ann Arbor, MI
14. My Path to Path, Doctors of Tomorrow, January 2018, University of Michigan Medical School, Ann Arbor, MI
15. Moderator, Autopsy/Cardiovascular Pathology, USCAP, March 2018, Vancouver, Canada
16. Death during Pregnancy, Pathology Resident Conference, William Beaumont Hospital, April 2018, Royal Oak, MI
17. Changing Epidemiology of Suicide, Michigan Medicine, Advances in Forensic Medicine and Pathology, May 2018, Ann Arbor, MI

**Seminars**

1. How to Effectively Supervise and Teach Trainees: Entrustment and Autonomy, Office of Faculty Development, University of Michigan, November 2017, Ann Arbor, MI
2. Quality Residents: Developing a Quality Improvement Curriculum That Does More Than "Check the Box", American Society for Clinical Pathology, October 2018, Baltimore, MD

## Bibliography

## Peer-Reviewed Journals and Publications

1. Gualano SK, Bolling SF, Gordon D, **Wilson AM**, Bach DS: High prevalence of false chordae tendinae in patients without left ventricular tachycardia. *Pacing Clin Electrophysiol* 30(SUPPL. 1): S156-S159, 2007. PM17302695
2. Saba TG, Fleck DE, **Wilson AM**, Hoeltzel MF, Rabah R, Hershenson MB: Connecting the Dots: A Rare Cause of Pulmonary Nodules in a 13-Year-Old Boy. *Pediatr Allergy Immunol Pulmonol* 28(1): 68-71, 2015.
3. Kazzaz NM, **Wilson AM**, Kado R, Barnes GD, Knight JS: A 37-Year-Old Man With Primary Antiphospholipid Syndrome Presenting With Respiratory Distress and Worsening Toe Ischemia. *Arthritis Care Res (Hoboken)* 69(8): 1253-1259, 2017. PM27992694/PMC5476509
4. Soles BS, **Wilson A**, Lucas DR, Heider A: Melanotic Neuroectodermal Tumor of Infancy. *Arch Pathol Lab Med* 142(11): 1358-1363, 2018. PM30407852
5. Puckett Y, **Wilson AM**, Thevenin C: Cancer, Melanoma Pathology. *StatPearls [Internet]* [Updated 2019 Jun 11]: 1, 2019. PM29083592

6.  Brown K, **Wilson AM**: Histology, Cell Death. *StatPearls [Internet]* [Updated 2019 Jun 11]: 1, 2019. PM30252301
7.  Macri A, **Wilson AM**, Sharma S: Osler-Weber-Rendu Disease (Hereditary Hemorrhagic Telangiectasia, HHT). *StatPearls [Internet]* [Updated 2019 Jun 11]: 1, 2019. PM29493983
8.  Rai D, **Wilson AM**, Moosavi L: Histology, Reticulocytes. *StatPearls [Internet]* [Updated 2019 Jun 6]: 1, 2019. PM31194329
9.  Justiz Vaillant AA, **Wilson AM**: Transient Hypogammaglobulinemia of Infancy *StatPearls [Internet]* [Updated 2019 Jun 16]: 1, 2019. PM31335076
10. Banjar FK, **Wilson AM**: Anatomy, Head and Neck, Supraclavicular Lymph Node *StatPearls [Internet]* [Updated 2019 Jun 30]: 1, 2019. PM31335020
11. Haddad A, **Wilson AM**: Biochemistry, Complement *StatPearls [Internet]* [Updated 2019 Jul 6]: 1, 2019. PM31334949
12. Kroll-Wheeler L, Wilson AM: Educational Case: Hirschsprung Disease. Acad Pathol 6: 2374289519893088, 2019. PM31858020/PMC6913048
13. Farkash EA, Wilson AM, Jentzen JM: Authors' Reply. J Am Soc Nephrol 31(9): 2225-2226, 2020. PM32792369
14. Farkash EA, Wilson AM, Jentzen JM: Ultrastructural Evidence for Direct Renal Infection with SARS-CoV-2. J Am Soc Nephrol: 2020. PM32371536
15. Mannan R, Wang X, Bawa PS, Spratt DE, Wilson A, Jentzen J, Chinnaiyan AM, Reichert ZR, Mehra R: Polypoidal giant cancer cells in metastatic castration-resistant prostate cancer: observations from the Michigan Legacy Tissue Program. Med Oncol 37(3): 16, 2020. PM32030484
16. Konopka KE, Nguyen T, Jentzen JM, Rayes O, Schmidt CJ, Wilson AM, Farver CF, Myers JL: Diffuse Alveolar Damage (DAD) from Coronavirus Disease 2019 Infection is Morphologically Indistinguishable from Other Causes of DAD. Histopathology: 2020. PM32542743
17. Konopka KE, Wilson A, Myers JL: Postmortem Lung Findings in an Asthmatic Patient With Coronavirus Disease 2019. Chest: 2020. PM32360729/PMC7187850
18. Satturwar S, Fowkes M, Farver C, Wilson AM, Eccher A, Girolami I, Pujadas E, Bryce C, Salem F, El Jamal SM, Paniz-Mondolfi A, Petersen B, Gordon RE, Reidy J, Fraggetta F, Marshall DA, Pantanowitz L: Postmortem Findings Associated With SARS-CoV-2: Systematic Review and Meta-analysis. Am J Surg Pathol: 2021. PM33481385

## Non-Peer-Reviewed Journals and Publications

1.  **Wilson AM**: Massive Perivillous Fibrin Deposition/Maternal Floor Infarction Case Report. *Slide Survey* Society for Pediatric Pathology: Case 15-4, 2015.
2.  **Wilson AM**: Familial Hypercholesterolemia Case Report. *Slide Survey* Society for Pediatric Pathology: Case 15-13, 2015.
3.  **Wilson AM**: Melanotic Neuroectodermal Tumor of Infancy Case Report. *Slide Survey* Society for Pediatric Pathology: Case 16-3, 2016.
4.  **Wilson AM**: Epstein Barr Virus Lymphadenitis Case Report. *Slide Survey* Society for Pediatric Pathology: Case 16-16, 2016.
5.  **Wilson AM**: Pheochromocytoma Case Report. *Slide Survey* Society for Pediatric Pathology: Case 17-17, 2017.

## Other Media

### Other

1.  Parks C, Brantley-Gilbert B, Cain D, Frank B, Frantz R, Hicok A, Fournier R, Mann Gray S, Howard K, Jansson C, Kovalchick K, Kozakiewicz J, Persky S, Scarpetta L, Shaffer J, Simms ND, Tadgerson S, **Wilson A**, Zaagman A: Michigan Citizen Review Panel for Child Fatalities Annual Report, State of Michigan, 2013.
2.  Parks C, Brantley-Gilbert B, Cain D, Hicok A, Kovalchick K, Kozakiewicz J, Persky S, Simms ND, Vandervort F, Wagner K, **Wilson A**: Michigan Citizen Review Panel for Child Fatalities Annual Report, State of Michigan, 2015.
3.  Brantley-Gilbert B, Cain D, Hicok A, Kovalchick K, Parks C, Persky S, Simms ND, Vandervort F, Wagner K, **Wilson A**: Michigan Citizen Review Panel for Child Fatalities Annual Report, State of Michigan, 2016.

4. Conway K, **Wilson AM**: Newsletter Michigan Association of Medical Examiner's Spring: 1-5, 2017.
5. Parks C, Brantley-Gilbert B, Cain D, Hicok A, Kovalchick K, Persky S, Simms ND, Vandervort F, Wagner K, **Wilson A**: Michigan Citizen Review Panel for Child Fatalities Annual Report, State of Michigan, 2017.
6. Anderson S, Booth A, Castleberry B, Edgar L, George M, Hatlak K, Hoofnagle A, Jones K, Kaul K, Keung E, Neltner J, Procop G, Shienbaum A, Stubbs J, Timmons C, Warmke L, **Wilson A**: ACGME Anatomic and Clinical Pathology Milestones 2.0, 2019.

## Podcast

1. Lotte Mulder, PhD, Kelly Swails, MT(ASCP), Lisbeth Harcourt. LMSW, Brandi McCleskey, MD, Paul Benson, MD and **Allecia Wilson, MD**: Inside the Lab: Forensic Pathology and Patient Advocacy during COVID-19, Discussion of how COVID-19 has impacted Forensic Pathology, including the case volume and postmortem care. It also addresses the autopsy findings in COVID-19 deaths., ASCP, 2020.
2. **Allecia Wilson**, Adrianne Crawford Fletcher, Jasmine Deskins and Judy Winston: Systemic Racism and Anti-Blackness in Education, The event is focused on racism and anti-blackness in our public school system and how this also impacts our community., Michigan Medicine, 2020.

## Abstracts

1. **Wilson AM**, Giordano TJ, Kuick R, Thomas DG, Misek DE, Vinco M, Sanders D, Zhu Z, Ciampi R, Roh M, Shedden K, Gauger P, Doherty G, Thompson NW, Hanash S, Koenig R, Nikiforov Y: Overall molecular classification of thyroid tumors as defined by DNA microarray analysis, platform presentation at United States and Canadian Academy of Pathology Annual Meeting, Atlanta, GA, 01/2006.
2. **Wilson AM**, Heider A, Rabah R: How Many Sections Does it Take to Diagnose Hirschsprung Disease?, Society for Pediatric Pathology Annual Meeting, Houston, TX, 02/2014.
3. **Wilson AM**, Heider A, Rabah R: How Many Sections Does it Take to Diagnose Hirschsprung Disease?, Michigan Society of Pathologists Winter Meeting, Ann Arbor, MI, 03/2014.
4. Stander M, **Wilson AM**: Sudden Unexpected Death in Infants, Pediatric Research Symposium, Ann Arbor, MI, 10/2016.
5. Lott J, Tolle B, McKenna B, **Wilson A**, Owens S, Magers M, Brown N, Chan M, Baessler D, Mara M: Pathology Resident Education Quality Improvement Course, Quality Month 2016, Ann Arbor, MI, 10/2016.
6. Gupta A, Zouberous N, Gordon G, **Wilson AM**, McFadden K: Cerebral vasculitis in a young adult: A diagnostic algorithm for the Medical Examiner, National Association of Medical Examiners, Scottsdale, AZ, 10/2017.
7. **Wilson AM**: Sudden Death in Pregnancy: A Fatal Case of Acute Chorioamnionitis, National Association of Medical Examiners, Scottsdale, AZ, 10/2017.
8. Owczarczyk AB, Jentzen JM, **Wilson AM**: Sudden Maternal Death: Amniotic Fluid Embolism Syndrome, Advances in Forensic Medicine and Pathology, Ann Arbor, MI, 05/2018.
9. **Wilson AM**, Owens S: Quality Residents: Developing a Quality Improvement Curriculum That Doesn't Merely "Check the Box", Association of Pathology Chairs, San Diego, CA, 07/2018.
10. **Wilson AM,** Owens S: Quality Residents: Developing a Quality Improvement Curriculum That Does More Than "Check the Box", American Society for Clinical Pathology, Baltimore, MA, 10/2018.
11. Griesinger L, Skala S, Simon C, McMullen E, Kitson A, Wang L, g Wang X, Tien J, Qiao Y, Perez C, Liu N, Dhanasekaran S, Kumar C, Cao X, Siddiqui J, Alva A, Spratt DE, **Wilson A**, Jentzen JM, Udager AM, Chinnaiyan AM, Reichert Z, Mehra R: Michigan Legacy Tissue Program: Rapid autopsies in an Era of Precision Medicine, United States & Canadian Academy of Pathology (USCAP) Annual Meeting, National Harbor, MA, 03/2019.
12. Kroll-Wheeler L, **Wilson AM**: Importance of Complement Staining for Diagnosing Gestational Alloimmune Liver Disease, Advances in Forensic Medicine and Pathology, Ann Arbor, MI, 05/2019.

**Michigan Autopsy and Medicolegal Consulting, PLLC**

Fee Schedule 2021

| | |
|---|---|
| Initial case retainer | $2000 - $5000 (depending on case/material to be reviewed) |
| Case review | $500 per hour |
| Meetings | $500 per hour |
| Deposition | $750 per hour |
| Trial testimony | $750 per hour |
| Private autopsy | $3,000 per case (does not include histology, toxicology, testimony, deposition) |
| Second opinion autopsy | $5,000 per case (does not include histology, toxicology, testimony, deposition, travel, etc.) |

## Allecia M. Wilson Deposition and Trial Cases

**Mark E Ambos, Estate of Stone** v. Firelands Regional Medical Center, et al.
Eerie County Common Pleas Court
2-10-21

**People** vs. Gregory Agnew
Circuit Court Jury Trial
22nd Judicial Circuit Court
Washtenaw County
Darlene A. O'Brien
Deceased: Martha Agnew
8-29-2019

**People** vs. David Wesley Skinner
Circuit Court Jury Trial
22nd Judicial Circuit Court
Washtenaw County
David Swartz
Deceased: Sevrovich
8-6-2019

6/2019
**People** vs. Gregory Agnew
Deposition, Washtenaw County

8/2018
- **People** vs Tessica Boone
  Trial, 22nd Judicial Circuit, Michigan

4/2018
- **People** vs Danielle Lynn Hannaford
- **People** vs Kevin White Jr
  Trial, 53rd District Court Prelim Exam, Michigan

4/2018
- **People** vs Frank Joseph Bartels
  Trial, 67th District, Michigan

4/2018
- **Florez** v Northshore University Health System
  Deposition and Trial
   CIRCUIT COURT OF COOK COUNTY, ILLINOIS

3/2018
- Meah Gervin v **Hutzel Hospital**

12/2017
- **People** vs Brown
  7th Circuit Court

12/2017
- **People** vs Jermaine Donell Horrison
  Trial, 10th Circuit Court, Michigan

12/2017
- Anita Billings v **Harper Hospital**

7/2017
- **People** vs Markee Terrell Bailey
  6 Trial, 7th District Court, Michigan

10/2017
- **People** vs Scott Richard Jurewicz
  Trial, 4th Circuit Court, Michigan

10/2016
- **People** vs Mark Patrick Hontz
  Trial, 3rd Circuit Court, Michigan

7/2016
- Nash v **DMC Medical Group**
  Trial, 3rd Circuit Court, Michigan

2/2016
- **People** vs Antjuan Crump et al
  Trial, 3rd Circuit Court, Michigan

1/2016
- **People** vs Timothy Quavaughan McCarver
  Trial, 7th Circuit Court, Michigan