*Jennifer Louise Jenkins, Administrator ad Litem of the Estate of Sterling L. Higgins
v. Obion County, Tennessee, et al.*

No. 20-cv-01056 STA-atc

Declaration of Edwin S. Budge

Exhibit M

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JENNIFER LOUISE JENKINS, Administrator *ad Litem* of the ESTATE OF STERLING L. HIGGINS )<br><br>*Plaintiff*, )<br>v.        )<br><br>OBION COUNTY, TENNESSEE; )<br>UNION CITY, TENNESSEE; )<br>ROBERT THOMAS OSBORNE, Individually; )<br>MARY BROGLIN, Individually; )<br>WAYLON SPAULDING, Individually; and, )<br>BRENDON SANFORD, Individually )<br><br>*Defendants*. ) | No. 20-cv-01056 STA-atc |

## PLAINTIFF'S DISCLOSURE OF PRIMARY EXPERT WITNESSES

Plaintiff hereby submits the following primary expert disclosures pursuant to Fed. R. Civ. P. 26. The individuals identified below are hereby disclosed as having been retained to provide expert testimony in this case:

1. Michael Leonesio, Leonesio Consulting, LLC, 412 South White St., Suite 210, Athens, TN 37303. 423-933-1911. A copy of this expert's report, along with other accompanying information, is provided herewith and incorporated herein.

2. J.C. Upshaw Downs, M.D. ForensX, LLC, 1 Diamond Causeway, Suite 21-299, Savannah, GA 31406. 912-507-1008. A copy of this expert's report, along with other accompanying information, is provided herewith and incorporated herein.

1

3. Allecia Michelle Wilson, M.D., Michigan Medicolegal Consulting, LLC., 3000 Green Rd., Suite 130522. Ann Arbor, MI 48113. 833-330-8652. A copy of this expert's report, along with other accompanying information, is provided herewith and incorporated herein.

4. Matthew DeLaney, M.D., 3106 Whitehall Rd., Birmingham, AL 35209. 251-716-8108. A copy of this expert's report, along with other accompanying information, is provided herewith and incorporated herein.

5. Lori Roscoe, Ph.D., Correctional Healthcare Consultants, 1911 Poinsettia Ave., West Palm Beach, FL 33407. 561-631-2011. A copy of this expert's report, along with other accompanying information, is provided herewith and incorporated herein.

6. Conor McCourt, McCourt Video, 245 West 55th St., 10th Floor, New York, NY 10019. 914-393-9189. A copy of this expert's report, along with other accompanying information, is provided herewith and incorporated herein. Flash drives, containing this expert's work product, are being physically delivered to defense counsel listed on the Certificate of Service.

DATED this 11th day of February 2021.

                        **THE LAW OFFICE OF DAVID L. COOPER, PC**

                        /s/ David L. Cooper
                        **DAVID L. COOPER, BPR # 11445**
                        Third Avenue North Building
                        208 Third Avenue, North, Suite 300
                        Nashville, TN 37201
                        dcooper@cooperlawfirm.com
                        (615) 256-1008

**BUDGE & HEIPT, PLLC**

 /s/ Edwin S. Budge
**EDWIN S. BUDGE**
*Washington State Bar No.* 24182
**ERIK J. HEIPT**
*Washington State Bar No.* 28113
808 E. Roy St.
Seattle, Washington 98102
ed@budgeandheipt.com
erik@budgeandheipt.com
(206) 624-3060

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned certifies that on the date stated below, this document along with the referenced materials were sent via email to the attorneys for the defendants, as identified below:

Michael R. Hill (#17409)
W. Michael Varnell, II (#33602)
Flippin, Collins & Hill, PLLC
P.O. Box 679
Milan, TN 38358-0679
Telephone: (731) 686-8355
mh_fch@bellsouth.net
wmv_fch@bellsouth.net
Attorneys for Union City Police Department and Union City, Tennessee

John D. Burleson - #010400
Dale Conder, Jr., #15419
Matthew Courtner, #29113
Rainey, Kizer, Reviere & Bell, PLC
209 East Main Street
P. O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414
jburleson@raineykizer.com
dconder@raineykizer.com
mcourtner@raineykizer.com
Attorneys for Robert Thomas Osborne, Individually

William B. Mauldin (#022912)
Nathan D. Tilly (#031318)
Pentecost, Glenn & Mauldin, PLLC
162 Murray Guard Drive, Suite B
Jackson, TN 38305
Phone: (731) 668-5995
Fax: (731) 668-7163
wmauldin@pgmfirm.com
ntilly@pgmfirm.com
Attorneys for Obion County Sheriff's Department, Mary Brogglin, Waylon Spaulding, and Brendon Sanford

DATED this 11th day of February, 2021.

                                        **BUDGE & HEIPT, PLLC**

                                        /s/ Edwin S. Budge
                                      **EDWIN S. BUDGE**
                                      *Washington State Bar No.* 24182
                                      808 E. Roy St.
                                      Seattle, Washington 98102
                                      ed@budgeandheipt.com
                                      (206) 624-3060

4