IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JENNIFER LOUISE JENKINS,<br>Administrator *ad Litem* of the<br>ESTATE OF STERLING L. HIGGINS,<br><br>    Plaintiff,<br>v.<br><br>OBION COUNTY, TENNESSEE;<br>UNION CITY, TENNESSEE;<br>ROBERT THOMAS OSBORNE, Individually;<br>MARY BROGLIN, Individually;<br>WAYLON SPAULDING, Individually; and,<br>BRENDON SANFORD, Individually<br><br>    Defendants. | No. 20-cv-01056 STA-atc |

**ORDER GRANTING PLAINTIFF AND UNION CITY, TENNNESSEE'S MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST UNION CITY, TENNESSEE ONLY**

Plaintiff and Defendant Union City, Tennessee have moved the Court, pursuant to Fed. R. Civ. P. 2,1 to dismiss all of Plaintiff's claims with prejudice against Union City, Tennessee. [ECF No. 75]. This Court is of the opinion that the relief requested therein should be **GRANTED**. All of Plaintiff's claims against Defendant Union City, Tennessee, are hereby dismissed with prejudice, and Union City is dismissed from this action without an award or fees or costs. Plaintiff's claims against the remaining Defendants are not affected by this Order.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:  February 22, 2021