# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER LOUISE JENKINS,** | ) | |
| **Administrator** *ad Litem* **of the** | ) | |
| **ESTATE OF STERLING L. HIGGINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01056-STA-atc |
| | ) | |
| **OBION COUNTY SHERIFF'S** | ) | |
| **DEPARTMENT; OBION COUNTY,** | ) | |
| **TENNESSEE; ROBERT THOMAS** | ) | |
| **ORSBORNE, Individually;** | ) | |
| **MARY BROGLIN, Individually;** | ) | |
| **WAYLON SPAULDING, Individually; and,** | ) | |
| **BRENDON SANFORD, Individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER GRANTING JOINT MOTION TO FILE AUDIO-VIDEO RECORDINGS

Defendants Obion County, Tennessee, Mary Broglin, Waylon Spaulding, Brendon Sanford, and Robert Orsborne move the Court for permission to file video and audio recordings with the clerk's office and to submit a copy to the Court's Chambers. (ECF No. 95.) According to Defendants, the video and audio recording depict the events giving rise to this lawsuit and that they will rely upon the recordings in support of their summary-judgment motions. Defendants state that Plaintiff does not oppose their request for this relief. The Court finds Defendants' motion is well-taken. The Court grants Defendants' motion, and Defendants may file the video and audio recordings with the clerk and send a copy to Chambers.

**IT IS SO ORDERED**.

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: October 14, 2021