*Jennifer Louise Jenkins, Administrator ad Litem of the Estate of Sterling L. Higgins*
*v. Obion County, Tennessee, et al.*

No. 20-cv-01056 STA-dkv

Exhibit 8
Excerpts from the Deposition of Brendon Sanford

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JENNIFER LOUISE JENKINS,                )
Administrator *ad Litem* of the         )
ESTATE OF STERLING L. HIGGINS,          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      ) CIVIL ACTION NO.
                                        ) 1:20-cv-01056-STA-dkv
OBION COUNTY SHERIFF'S                   )
DEPARTMENT; OBION COUNTY,                )
TENNESSEE; UNION CITY POLICE            )
DEPARTMENT; UNION CITY,                  )
TENNESSEE; ROBERT THOMAS                 )
ORSBORNE, Individually; MARY            )
BROGLIN, Individually; WAYLON           )
SPAULDING, Individually; and            )
BRENDON SANFORD, Individually,          )
                                        )
        Defendants.                     )

THE VIDEOTAPE DEPOSITION OF MR. BRENDON SANFORD

October 29, 2020

SCHAFFER REPORTING SERVICE
JILL A. SCHAFFER, RPR
P.O. Box 3214
Jackson, Tennessee 38303
(731)668-6880

1    A    Yes, sir.

2    Q    (By Mr. Budge)  And was it important for you in

3    all of your jobs, Obion County Jail included, to follow

4    the training provided to you by your employers?

5                    MR. TILLY:  Object to the form.

6    A    Yes, sir.

7    Q    (By Mr. Budge)  And did you always do your best in

8    connection with the jobs where you worked to follow the

9    policies and procedures and protocols of your

10   employers?

11                   MR. TILLY:  Object to the form.

12   A    Yes, sir.

13   Q    (By Mr. Budge)  And did you expect that your

14   employers, Obion County included, would provide you

15   with the training that you needed to do your job?

16   A    Yes, sir.

17   Q    Did you expect that the Obion County Jail would

18   provide you with the training that you needed to do

19   your job as a corrections officer?

20   A    Yes, sir.

21   Q    Did you expect that the Obion County Jail would

22   make sure that you were familiar with and understood

23   any policies, procedures, or jail customs that you

24   needed to do your job properly and safely?

25                   MR. TILLY:  Object to the form.

1    tell me when you've got that in front of you.

2    A    I got it in front of me now.

3    Q    Okay.  Do you see about halfway down the page

4    under "Current Period," the date 1/1/2019 to 4/17/2019,

5    where it says "No current year training data exists"?

6    A    Yes, sir.

7    Q    Okay.  Looking through the entirety of this

8    document that you've got in front of you, do you see of

9    any record of your have having had any training of any

10   kind in connection with the Obion County Jail before

11   March 25, 2019?

12                    MR. TILLY:  Object to the form.

13   A    No, sir.

14   Q    (By Mr. Budge)  Are you aware of any record of any

15   kind that shows that you got any training of any kind

16   in connection with your work at the jail between the

17   time you were hired on or about February 20th until the

18   date Sterling Higgins came into the jail on about

19   March 25th, 2019?

20                    MR. TILLY:  Object to the form.

21   A    See, I was -- I was shadowing other workers, and

22   they were showing me how to do the procedures and

23   policies.

24   Q    (By Mr. Budge)  So you're talking about sort of

25   following somebody else around the jail that works the

                                                        19

1       compression technique?

2                   MR. TILLY:  Object to the form.

3       A    No, sir.

4       Q    (By Mr. Budge)  Did they tell you about anything

5       you could do to have an inmate pass out or go

6       unconscious for -- for a bit?

7       A    No, sir.

8       Q    Did they -- did you get any training before

9       Sterling Higgins came into the jail on spit hoods or

10      spit masks?

11      A    If I can remember, I heard about them, but I

12      never -- you know, I never had any training with them.

13      I -- I -- mentioned them about spit masks before, but I

14      never was trained on them, how to use them.

15      Q    What about the restraint chair?  Had anybody ever

16      trained you before Sterling Higgins came into the jail

17      about the restraint chair?

18      A    No, sir.

19      Q    Had you ever used the restraint chair before

20      Sterling Higgins came into jail?

21      A    No, sir.

22      Q    Had you ever seen it used on anybody before

23      Sterling Higgins came into the jail?

24      A    No, sir.

25      Q    Had you ever been trained on how to monitor

                                                            22

1      somebody who's been put into or is being put into a

2      restraint chair?

3      A     Not that I can remember.

4      Q     Have you ever been trained about how to strap

5      somebody into a restraint chair?

6      A     No, sir.

7      Q     Have you ever been trained about how to medically

8      monitor somebody or otherwise monitor somebody who's

9      been put into a restraint chair?

10               MR. TILLY:  Object to the form.

11     A     Not that I can remember.

12     Q     (By Mr. Budge)  And I take it if you had been

13     trained on those things that you would have endeavored

14     to follow whatever training that had been provided to

15     you.  Right?

16               MR. TILLY:  Object to the form.

17     A     Yes, sir.

18     Q     (By Mr. Budge)  Have you ever been asked to

19     familiarize yourself with any written policies or

20     procedures regarding the use of a restraint chair

21     before Sterling Higgins came into the jail?

22               MR. TILLY:  Object to the form.

23     A     Not that I can remember.

24     Q     (By Mr. Budge)  Were you aware of any written

25     policies or procedures regarding the use of a restraint

23

1    chair before Sterling Higgins came into the jail?

2                    MR. TILLY:  Object to the form.

3    A    I do not remember if I did or I did not.

4    Q    (By Mr. Budge)   Were you even aware that there was

5    a written policy at the Obion County Sheriff's Office

6    about the use of a restraint chair?

7    A    Not that I can remember.

8    Q    If you had been asked to familiarize yourself with

9    the written policy regarding use of a restraint chair,

10   would you have done that?

11   A    Can you repeat that?

12   Q    If you'd been asked to familiarize yourself with a

13   written policy on the use of a restraint chair, would

14   you have done that?

15   A    Yes, sir.

16   Q    And would you have endeavored to follow the

17   written policies if you had been asked to familiarize

18   yourself with the written policies regarding a

19   restraint chair?

20   A    Yes, sir.

21   Q    Before Sterling Higgins came into the jail, were

22   you ever trained on when or how to summon emergency

23   assistance for inmates or detainees who might be limp

24   or unresponsive?

25                   MR. TILLY:  Object to the form.

                                                                    24

1     A    Well, we have intake usually -- whoever -- the

2    sergeant of the shift will go out there, and if they

3    look like they need medical attention, we can tell

4    the -- the cop or the -- whoever is bringing them will

5    take them to a hospital before they can be booked in or

6    come to the jail.

7    Q    (By Mr. Budge)  Okay.  But let me -- let me repeat

8    my question.  Were you ever trained before Sterling

9    Higgins came into the jail about when or how to summon

10    emergency assistance for an inmate or detainee who has

11    gone limp or unresponsive?

12    A    No, sir.

13              MR. TILLY:  Object to the form.

14    Q    (By Mr. Budge)  Were you ever trained about what

15    to do if an inmate suddenly goes limp during restraint?

16              MR. TILLY:  Object to the form.

17    A    No, sir.

18    Q    (By Mr. Budge)  Were you ever trained about when

19    to call for medical or mental health assistance for an

20    inmate or a detainee who might be mentally impaired or

21    under the influence of drugs?

22              MR. TILLY:  Object to the form.

23    A    If we feel like there was something wrong, we will

24    tell the sergeant, and they would call.

25    Q    (By Mr. Budge)  But listen to my question.  Were

1    you ever trained before Sterling Higgins came into the

2    jail about when to call for medical or mental health

3    assistance for inmates or detainees who might be

4    mentally impaired or under the influence of drugs?

5              MR. TILLY:  Object to the form.

6    A    Not that I remember, sir.

7    Q    (By Mr. Budge)  Were you ever trained about

8    asphyxia, including positional asphyxia or any form of

9    restraint-related asphyxia or suffocation?

10             MR. TILLY:  Object to the form.

11   A    Can you repeat that?

12   Q    (By Mr. Budge)  Were you ever trained about

13   asphyxia, including positional asphyxia or

14   compressional asphyxia or any other form of

15   restraint-related asphyxia or suffocation?

16             MR. TILLY:  Object to the form.

17   A    What does asphyxia mean?

18   Q    (By Mr. Budge)  Lack of oxygen.

19   A    No, sir.

20   Q    Were you ever trained about any duty to

21   accommodate inmates or detainees who might be

22   exhibiting signs of mental illness?

23             MR. TILLY:  Object to the form.

24   A    I do not remember.

25   Q    (By Mr. Budge)  Were you ever trained about

26

1    dealing with people who might be exhibiting signs of

2    intoxication from drugs?

3                    MR. TILLY:   Object to the form.

4    A    Can you repeat that?

5    Q    (By Mr. Budge)   Were you ever trained about

6    dealing with people who might be exhibiting signs of

7    intoxication from drugs?

8                    MR. TILLY:   Same objection.

9    A    I do not remember, sir.

10   Q    (By Mr. Budge)   Before Sterling Higgins came into

11   the jail, were you ever trained about any

12   constitutional limitations on the use of force against

13   inmates or detainees?

14                   MR. TILLY:   Object to the form.

15   A    Can you repeat that?

16   Q    (By Mr. Budge)   Before Sterling Higgins came into

17   the jail, were you ever trained about any

18   constitutional limits on the use of force against

19   inmates or detainee?

20   A    I do not remember, sir.

21   Q    Before Sterling Higgins came into the jail, were

22   you ever trained about whether or not you had a duty to

23   intervene if you ever saw a fellow officer using

24   excessive force or unreasonable force?

25                   MR. TILLY:   Object to the form.

1    A    Not that I can remember, but if I felt like it was

2    out of -- if they were doing something out of hand, I

3    would have stepped in.

4    Q    (By Mr. Budge)   Were you ever trained about that

5    is my question.

6    A    Not that I can remember.

7    Q    And in terms of your work at the Obion County Jail

8    before Sterling Higgins came into the jail, were you

9    ever required to read any written policies or

10   procedures of the Obion County Sheriff's Office?

11        And I'm not talking about, you know, personnel

12   forms, like, you know, how to get paid and stuff like

13   that.  I'm talking about your job as a corrections

14   officer.

15   A    I do not remember, sir.

16   Q    Do you think you probably would have remembered if

17   you had any training on -- on those topics before

18   Sterling Higgins came into the jail?

19              MR. TILLY:  Object to the form.

20   A    Maybe, but that was -- it's been years since it

21   happened -- since I started, so I couldn't really tell

22   you, to be honest.  I really don't know.

23   Q    (By Mr. Budge)   But your training record doesn't

24   reflect that you had any training on those topics

25   before Sterling Higgins came into the jail.  Right?

28

1                          MR. TILLY:  Object to the form.

2        A    Yes, sir.

3        Q    (By Mr. Budge)  Yes, sir, it does not?

4                          MR. TILLY:  Object to the form.

5        A    I didn't go to --

6        Q    (By Mr. Budge)  In other words, that --

7        A    Can you repeat --

8        Q    In other words, that is correct?  I don't mean to

9        interrupt you.  If I'm ever cutting you off, you just

10       let me know.

11              But I just want to clarify for the record your

12       training record does not reflect that you had any

13       training on any topics that I've just mentioned.

14       Right?  Before Sterling Higgins came into the jail.

15                          MR. TILLY:  Same objection.

16       A    Besides shadowing those officers, no, sir.  I've

17       had no other training besides shadowing those officers.

18       Q    (By Mr. Budge)  And if you had had any training,

19       you would have always endeavored to follow that

20       training from the point for -- that point forward;

21       right?

22       A    Yes, sir.

23       Q    Now, eventually in connection with your work at

24       the jail, were you required to complete 40 hours of

25       training through the Tennessee Correctional Institute,

1    or the TCI for short?

2    A    I -- if I'm -- I think that's after your first

3    year.  After you go through basics, after that then you

4    do 48 hours every year after that one -- one time a

5    year.

6    Q    Did you ever complete 48-hours of training with

7    the Tennessee Correctional Institute, or TCI?

8    A    No, sir.

9    Q    Did you ever go to any TCI class or course?

10   A    Oh, basics.

11   Q    I'm sorry?

12   A    Basic training.

13   Q    When was that?

14   A    Oh, July 23rd, 2019, through July two -- 26th,

15   2019.

16   Q    And are you looking at Exhibit 2 at page 380 in

17   the lower right-hand corner?

18   A    Yes, sir.

19   Q    And are you looking at where it says "Basic Henry

20   County" three -- "7/23/2019"?

21   A    Yes, sir.

22   Q    And can you tell me why it says your grade is

23   zero percent?

24   A    Looked at that wrong then because I did go to

25   basics, but that was Sep -- August or September --

```
 1      and I didn't finish the tests because I --

 2      Q    Why didn't you finish the test?

 3      A    Because when I went to basics, I got confused on

 4      which two things -- like, there were two different

 5      websites we had to work from, to learn from.  And I --

 6      they told me the right one -- I think it was the second

 7      to last day of basics, so I was working on it after

 8      basics, completing the test.

 9            And then I end up leaving the job after that, so I

10      never completed the test online.

11      Q    So did you ever complete a test that showed that

12      you successfully completed basic training when you

13      worked as a corrections officer for Obion County?

14      A    Yes.  The test -- the handwritten test that's in

15      Madison County I did complete.

16      Q    As of March 25th, 2019, did you have any CPR

17      training or certifications?

18      A    No, sir.

19      Q    As of March 25th, 2019, did you have any first aid

20      training or certification?

21      A    No, sir.

22      Q    As of March 25th, 2019, did you know anything

23      about how to recognize agonal breathing as distinct

24      from normal breathing?

25      A    No, sir.
```

```
 1    Q    Do you know what agonal breathing is that's

 2    distinct from normal breathing as you sit here today?

 3    A    No, sir.

 4    Q    As of March 25th, 2019, did you know how to check

 5    for pupil reactivity?

 6    A    No, sir.

 7    Q    Did you know the proper way to check for pulse?

 8    A    No, sir.

 9    Q    Did you know the signs or symptoms of hypoxia or

10    anoxia?

11    A    What does that mean?

12    Q    Let's say problems from lack of oxygen.

13    A    No, sir.

14    Q    Did you know first aid?

15    A    No, sir.

16    Q    Do you know one way or the other whether your --

17    any of your fellow officers on shift on August --

18    excuse me -- March 25th, 2019, had any CPR training?

19    A    We did not.

20    Q    As of March 25th, 2019, when Sterling Higgins came

21    into the jail, were you ordinarily assigned to work

22    third shift?

23    A    Yes, sir.  That was my assigned shift when I got

24    hired on.

25    Q    And were you usually working the third shift
```

1                    (The video was resumed and paused.)

2    Q    (By Mr. Budge)  All right.  Now, in this paused

3    image at 1:48:17, you -- we can see that you have the

4    shackles in your hands.  Right?

5    A    Yes, sir.

6    Q    And have you -- had you ever used leg shackles

7    before?

8    A    Yes, sir.

9    Q    How many times would you say before August 25th --

10   excuse me -- February -- March 25th?

11   A    I don't know the number of times, but we have

12   federal court, and the inmates are shackled whenever we

13   get ready --

14   Q    And is it --

15   A    -- for court, so we shackle the legs.

16   Q    Have you ever used shackles on somebody that

17   has -- because you thought they were unruly?

18   A    No, sir.

19   Q    Okay.  All right.  I'll play and pause it to

20   1:49 a.m.

21                    (The video was resumed and paused.)

22   Q    (By Mr. Budge)  All right.  Now, in this paused

23   image at 1:49 a.m., we can see that you and Officer

24   Brogglin and Officer Orsborne are putting the shackles

25   on Sterling Higgins' ankles.  Right?

1    really watching the time on the video.  I was watching

2    the video, not the time.

3    Q    Well, I think we'll let the video speak for

4    itself.  By 1:49 and 5 seconds, Sterling Higgins'

5    ankles are shackled together; correct?

6    A    Yes, sir.

7    Q    And he's on his back handcuffed behind his back

8    with Officer Spaulding on top of him.  Correct?

9    A    Yes, sir.

10   Q    And then from that point on, you -- you pretty

11   much stay right there, looking down at the scene.

12   Correct?

13   A    Yes, sir.

14   Q    All right.  I'm going to play and pause it to

15   1:49 a.m. and 32 seconds.

16              (The video was resumed and paused.)

17   Q    (By Mr. Budge)  Oh, in -- in this paused image --

18   excuse me -- at 1:49 a.m. and 10 seconds, where would

19   you describe Officer Spauld -- Spaulding's --

20   Spaulding's hands being?

21   A    It would be -- it was on his chin, but his hand

22   was a couple inches, like a centimeter's inch away from

23   his mouth, stopping the spit.

24   Q    In this particular paused image, where is

25   Officer Spaulding's left hand, in your judgment?

1    you're -- you're working on the straps, going around

2    the chair, touching Sterling Higgins, adjusting the

3    straps, so on and so forth, you -- you never see

4    Sterling Higgins' fingers, toes, face, eyes move.

5    Correct?

6                    MR. TILLY:  Object to the form.

7    A    I mean, I mainly paid attention to putting the

8    straps on, so...

9    Q    (By Mr. Budge)  But you -- you never saw Sterling

10   Higgins' fingers, eyes, toes, or face move.  Correct?

11                   MR. TILLY:  Object to the form.

12   A    I was putting the straps on, so that was my focus

13   was strapping him in.

14   Q    (By Mr. Budge)  Well, if you get him -- if we go

15   to trial here and you say, "I saw him move," while you

16   were putting him in the restraint chair, I want to make

17   sure that I covered that, so that's why I'm asking the

18   question.

19         So let me repeat it.  The whole time you were

20   putting him in the restraint chair you never saw his

21   fingers or toes or eyes or face move.  Correct?

22                   MR. TILLY:  Object to the form.

23   A    Yes, sir.

24   Q    (By Mr. Budge)  "Yes, sir," meaning you did not

25   see that.

1                        MR. TILLY:  Object to the form.

2        A    Yes, sir.

3        Q    (By Mr. Budge)  Now I'd like you to watch

4    Officer Spaulding in this next short segment that I'm

5    going to play, beginning at 2 minutes -- excuse me --

6    2 a.m. and 44 seconds.

7                        (The video was resumed and paused.)

8        Q    (By Mr. Budge)  I've paused it at 2 minutes and

9    55 seconds.  Did you see Officer Spaulding move

10   Sterling Higgins' head?

11       A    Are you speaking at the time or on -- watching the

12   video right now?

13       Q    In the video right now.

14       A    Yes, sir.

15       Q    And can you describe for me what happened?

16                       MR. TILLY:  Object to form.

17       A    No, sir.  I don't...

18                       (The video was resumed and paused.)

19       Q    (By Mr. Budge)  All right.  I -- I paused the

20   video now at 2 minutes -- excuse me -- at 2 a.m. and

21   59 seconds.  Can you describe for me what you're doing

22   in this paused image?

23       A    I can't really tell, sir.

24       Q    Are you checking him for a pulse?

25                       MR. TILLY:  Object to the form.

1          THE REPORTER:  The only one that is

2     hard-wired to the router is on the witness.

3          MR. BURLESON:  Okay.  I -- I'm back now.

4          Are you back?

5          MR. MAULDIN:  Now.

6     Q   (By Mr. Budge)  Do you want me to repeat the

7     question, Mr. Sanford?

8     A   Yes, sir.  Yes, sir.  Can you repeat the question?

9     Q   Can you tell me -- can you tell me whether you

10    ever felt a pulse on Sterling Higgins?

11         MR. TILLY:  Object to the form.

12    A   When he was in the holding cell, I didn't feel

13    one.

14    Q   (By Mr. Budge)  Can you tell me if you ever felt a

15    pulse on Sterling Higgins when he was in the hallway?

16         MR. TILLY:  Object to the form.

17    A   I can't remember, sir.

18    Q   (By Mr. Budge)  Can you tell me whether by this

19    point in time, 2:01 a.m. and 6 seconds, whether you're

20    starting to get worried about Sterling Higgins, or do

21    you just not remember?

22         MR. TILLY:  Object to the form.

23    A   Say I was -- I was aware if he was okay from what

24    was happening, the struggling, feels okay.

25    Q   (By Mr. Budge)  Can -- can you tell me whether

```
 1                         )
         STATE OF TENNESSEE  )      C E R T I F I C A T E
 2                         )

 3                       I, Jill A. Schaffer, Registered

 4       Professional Reporter and Notary Public for the State

 5       of Tennessee, hereby certify that the witness in the

 6       foregoing deposition, MR. BRENDON SANFORD, was first

 7       duly sworn by me, that the testimony of the witness was

 8       written stenographically by me, and that such

 9       deposition is a true and accurate record of the

10       testimony given by said witness on the 29th day of

11       October, 2020.

12                       I further certify that I am neither

13       related to nor employed by any of the parties to this

14       cause of action or their counsel, nor am I financially

15       interested in the outcome of this matter.

16                       I further certify that in order for this

17       document to be authentic it must bear my original

18       signature and embossed notarial seal, that reproduction

19       in whole or in part is not allowed or condoned, and

20       that such reproductions are deemed a forgery.

21                       Witness my hand and seal at my office on

22       this the 23rd day of November, 2020.

23

24       My Commission Expires:   _____
             August 25, 2021      Jill A. Schaffer, RPR, TN #375
25       My License Expires:      Notary Public at Large for the
             June 30, 2022        State of Tennessee
```

122