# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER LOUISE JENKINS, *Administrator ad Litem of the* ESTATE OF STERLING L. HIGGINS, | ) ) ) ) | |
| Plaintiff, | ) ) | NO. 20-cv-01056 STA-atc |
| vs. | ) ) | |
| OBION COUNTY, TENNESSEE, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER ALLOWING ADDITIONAL BRIEFING

In light of the order of Magistrate Judge Annie T. Christoff partly granting and partly denying Defendants' motions to exclude Plaintiff's expert (ECF No. 135), the Court will allow Defendants fourteen (14) days to update their motions for summary judgment (ECF Nos. 100, 103) if they so choose, and Plaintiff will be allowed fourteen (14) days after Defendants' updates to file an update to her responses. (ECF Nos. 109, 110.) The updated briefings will be limited to ten (10) pages and should focus on any parts of the previous filings that have been affected by Magistrate Judge Christoff's order. If any party chooses not to file an update, a statement should be filed to that effect.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: April 19, 2022