## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 16, 2022

Mr. David L. Cooper
Law Offices
208 Third Avenue, N.
Suite 300
Nashville, TN 37201-0000

Mr. Nathan D. Tilly
Pentecost, Glenn & Tilly
162 Murray Guard Drive
Suite B
Jackson, TN 38305

                Re:  Case No. 22-6029, *Jennifer Jenkins v. Obion County, TN Sheriff's Department, et al*
                     Originating Case No. : 1:20-cv-01056

Dear Sir or Madam,

    The Court issued the enclosed (Order/Opinion) today in this case.

                                                                     Sincerely yours,

                                                                      s/Connie A. Weiskittel
                                                                      Mediation Administrator

cc:  Mr. Thomas M. Gould

Enclosure

No mandate to issue

Case No. 22-6029

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JENNIFER LOUISE JENKINS, Administrator ad Litem of the Estate of Sterling L. Higgins

    Plaintiff - Appellee

v.

OBION COUNTY, TN SHERIFF'S DEPARTMENT, et al.

    Defendants

MARY BROGGLIN; WAYLON SPAULDING; BRENDON SANFORD

    Defendants - Appellants

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33, RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 16, 2022