# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

---

JENNIFER LOUISE JENKINS,
**Administrator ad Litem of the**
**ESTATE OF STERLING L.**
**HIGGINS**

          **Plaintiff,**

  **v.**

**OBION COUNTY, TENNESSEE;**
**UNION CITY, TENNESSEE;**
**ROBERT THOMAS OSBORNE,**
**Individually; MARY BROGLIN,**
**Individually; WAYLON**
**SPAULDING, Individually; and,**
**BRENDON SANFORD, Individually**

        **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 1:20-CV-1056-STA/atc**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Sealed Order entered on December 16, 2022, this cause is hereby dismissed with prejudice.

**APPROVED:**

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 12/19/2022**

**THOMAS M. GOULD**
**Clerk of Court**

s/Cassandra Ikerd
**(By)  Deputy Clerk**